THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO RODRIGUEZ, Appellant.

Submitted February 19, 2013; decided March 21, 2013

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALIAS STONE, Appellant.

Submitted March 18, 2013; decided March 21, 2013

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALIYAH TAYLOR, Appellant.

Submitted March 18, 2013; decided March 21, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONRADO PONS, Appellant, v WILLIAM A. LEE, Respondent.

Submitted January 7, 2013; decided March 21, 2013

Motion for reargument denied [see 20 NY3d 905 (2012)].

Judge RIVERA taking no part.